**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7721**

_____

SYLVESTER CRUDUP,

Plaintiff - Appellant,

versus

K. SUTTON, C/O, Personal Property Officer;
M. BUCKLES, C/O, Personal Property Officer;
S. HUGHES, Institution Ombudsman; ALTON
BASKERVILLE, Warden; W. P. ROGERS, Regional
Director,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CA-00-363-2)

_____

Submitted: February 21, 2002          Decided: March 5, 2002

_____

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sylvester Crudup, Appellant Pro Se. Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sylvester Crudup appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court.[*] Crudup v. Sutton, No. CA-00-363-2 (E.D. Va. May 24, 2000 & Sept. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Because Crudup fails to challenge in his informal brief the district court's order granting summary judgment to Defendants on the denial of access to courts claim, this issue is not preserved for appeal. 4th Cir. Local R. 34(b).